A99A0819. BROWN et al. v. WALTON ELECTRIC MEMBERSHIP CORPORATION.

(538 SE2d 508)

BLACKBURN, Presiding Judge.

In *Brown v. Walton Elec. Membership Corp.*, 272 Ga. 453 (531 SE2d 712) (2000), the Supreme Court reversed this Court's opinion in *Brown v. Walton Elec. Membership Corp.*, 238 Ga. App. 347 (518 SE2d 727) (1999). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own. The judgment is reversed.

*Judgment reversed. Barnes and Ellington, JJ., concur.*

DECIDED AUGUST 18, 2000.

*McArthur & McArthur, John J. McArthur, Charles E. Auslander III*, for appellants.

*Lambert & Roffman, M. Joseph Reitman, Jr.*, for appellee.